UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SHERRI HAYES** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 3:20-cv-00502-M |
| | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **Defendant.** | § | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

On this day, came to be considered Plaintiff's Motion for Leave to Proceed without Local counsel. The Court is of the opinion that said motion should be GRANTED.

It is hereby ORDERED that Plaintiff, Sherri Hayes, is hereby granted leave to proceed in the prosecution of this matter without local counsel.

SO ORDERED this _____ day of _____, 2020.

_____
JUDGE PRESIDING